26308. HAY et al. v. GWINNETT COUNTY PLANNING COM-
MISSION et al.

NICHOLS, Justice. The plaintiffs, as taxpayers and citizens of
Gwinnett County, brought the present action in which they
sought to enjoin the construction of a mobile home park on a
designated tract of land in Gwinnett County. The trial court,
after a hearing, refused to enter a temporary injunction and
held that the defendant property owner was not, at that time,
by merely grading the property, unlawfully constructing a mo-
bile home park on the premises. The court further held that a
use permit issued by the Gwinnett County Planning and Zon-
ing Commission required conditions to be complied with before
construction could begin. Thereafter the property owner filed a
motion for summary judgment in which it relied upon the tran-
script of the interlocutory hearing as well as an affidavit and
supporting certificates showing compliance with the prerequi-
sites necessary to authorize construction of the mobile home
park. The plaintiffs filed a response to such motion for sum-
mary judgment in the nature of a brief which set forth the
plaintiffs' contentions as to why the motion for summary judg-
ment should not be granted. The trial court granted the motion
for summary judgment and the present appeal was filed. *Held:*

1. The first two enumerations of error seek to raise issues not pre-
sented in the trial court. They complain of the trial court's re-
fusal to declare the zoning resolution and the use permit null
and void when such an affirmative ruling was not then sought
nor supported by any evidence before the trial court.

2. Where as in this case there was no evidence before the court to
support the contention of the plaintiffs that the zoning resolution
on the use permit was void as a matter of law, and the evidence
showed (as conceded by the plaintiffs in their brief in this court)
that at the time of the hearing on the motion for summary judg-
ment all conditions upon which the use permit had been issued
had been met by the property owner, the trial court properly held
that under the record there was no genuine issue of fact and that
the movant was entitled to a summary judgment.

*Judgment affirmed. All the Justices concur.*

350

*G. Hughel Harrison, James W. Garner,* for appellants.
*Homer Stark, Webb, Fowler & Tanner, Jones Webb, Hansell, Post, Brandon & Dorsey, W. Rhett Tanner,* for appellees.